UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

VANESSA SHAW,

                Petitioner,

-vs-                                        Case No. 2:11-cv-481-FtM-99SPC

UNITED STATES OF AMERICA,

                Respondent.
_____/

**ORDER**

This matter comes before the Court on the Petitioner, Vanessa Shaw's Motion to Void the Order of the Court (Doc. #8) filed on August 31, 2011. The Defendant, the United States of America (Government) filed its Response (Doc. # 9) on September 2, 2011. The Motion was referred to this Court by the District Court on March 6, 2012. The Motion is fully briefed and ripe for the Court's review.

The Petitioner argues that only the District Court can issue a final order dismissing a case. The Government agrees with the Petitioner and moves the District Court to construe the Order as a Report and Recommendation recommending the Motion to Quash be denied.

A summons enforcement order is a final dispositive and appealable order, Reisman v. Caplin, 375 U.S. 440, 449 (1964), beyond the authority of a magistrate judge to issue. United States v. First National Bank, 628 F.2d 871, 873 (5th Cir. 1980); U.S. v. Wisnowski, 580 F.2d 149 (5th Cir. 1978); U.S. v. Stoecklin, 848 F. Supp.1521, 1523 (M.D. Fla. 1993) (explaining that when a case is referred to the magistrate judge pursuant to Local Rule .01(c)(11), the magistrate prepares a report

and recommendation to the district court).  As such, the Motion is due to be granted and the Court's Order re-issued as a Report and Recommendation.

Accordingly, it is now

**ORDERED:**

(1) The Petitioner, Vanessa Shaw's Motion to Void the Order of the Court   (Doc. #8) is **GRANTED**.  The Court's Order Denying the Motion to Quash is hereby **VACATED**.

(2) The Government's Motion to Construe the Order as a Report and Recommendation is **GRANTED** to the extent that the Court will reissue the Order as a Report and Recommendation under separate cover.

**DONE AND ORDERED** at Fort Myers, Florida, this   6th    day of March, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record