UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

VANESSA SHAW,

    Petitioner,

v.                                        CASE NO: 2:11-cv-481-FtM-UA-SPC

UNITED STATES OF AMERICA,

    Respondent.
_____/

**O R D E R**

**THIS CAUSE** comes before the Court upon the Report and Recommendation filed by United States Magistrate Judge Sheri Polster Chappell on March 7, 2012, at docket 22. Petitioner has filed objections to the Report at docket 25, and Respondent has filed a response to those objections at docket 26.

After careful examination of the Report and the parties' submissions, and after conducting an independent *de novo* review of the record and those portions of the Report to which Petitioner objects,[1] the Court is of the opinion that the Report should be accepted and made a part of this order for all purposes.

---

[1] See 28 U.S.C. § 636((b)(1); Fed. R. Civ. P. 72((b)(3).

**ACCORDINGLY**, it is **ORDERED AND ADJUDGED** as follows:

1) The Report and Recommendation of the Magistrate Judge is accepted, confirmed, and approved in all respects and made a part of this order for all purposes, including appellate review.

2) Petitioner's Petition to Quash I.R.S. Summons (Dkt. 1) is denied.

3) The clerk is directed to enter judgment for Respondent and to **CLOSE** this case.

**DONE AND ORDERED** at Tampa, Florida, on June 1, 2012.

    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record